**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Pure Tech Plastics LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>26-3491617 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1550 N. Cleveland<br>Chicago, IL 60610<br>ZIP CODE 60610-0000 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:  Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (04/13)**  **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Pure Tech Plastics LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Pure Tech Plastics LLC |
|---|---|
| **Signatures** |

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br> **X** _____ <br> Signature of Debtor <br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** /s/ Brian L. Shaw <br> Signature of Attorney for Debtor(s) <br> Brian L. Shaw 6216834 <br> Printed Name of Attorney for Debtor(s) <br> Shaw Fishman Glantz & Towbin LLC <br> Firm Name <br> 321 N. Clark Street <br> Suite 800 <br> Chicago, IL 60654 <br> Address <br><br> 312-541-0151 Fax:312-980-3888 <br> Telephone Number <br> 1-15-14 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br> **X** _____ <br><br> _____ <br> Date |
| **Signature of Debtor (Corporation/Partnership)** | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br> **X** /s/ David Bender <br> Signature of Authorized Individual <br> Pure Tech Plastics <br> Printed Name of Authorized Individual <br> By: Re: Fresh Recycling Group LLC <br> By: David Bender, its Manager <br> Title of Authorized Individual <br> 1-15-14 <br> Date | |

.

1090 Route 110 LLC
1637 Broad Hollow Rd.
Farmingdale, NY 11735


5 Boro Green Services, LLC
54-35 48th Street
Maspeth, NY 11378


AAA Baling Services, Inc.
6 Carol Ave
West Haverstraw, NY 10993


Access America Transport Inc.
PO Box 182215
Chattanooga, TN 37422


Advance Industrial
Attn: Customer Care Center
West Babylon, NY 11707


Airweld Inc.
94 Marine Street
Farmingdale, NY 11735


All Care Truck
PO Box 52
Farmingdale, NY 11735


American Box & Recycling Co
1100 W. Luzerne St
Philadelphia, PA 19140


American Compressed Gases
189 Central Avenue
Westwood, NJ 07675


American Compressed Gases
PO Box 715
Westwood, NJ 07675


American Income Life
PO Box 2608
Waco, TX 76797

```
Argo International Corp
71 Veronica Avenue Unit 1
Somerset, NJ 08873-3466


Arrow Exterminating Company
287-289 Broadway
PO Box 864
Lynbrook, NY 11563


Automationdirect.com
3505 Hutchinson Road
Cumming, GA 30040


Basix Restaurant Services
641 Alpha Drive
Pittsburgh, PA 15238


BK Fire Supression & Security
Division of EMDI Ltd
826 Suffolk Avenue
Brentwood, NY 11717


Blades Machinery
750 Nicholas Boulevard
Elk Grove Village, IL 60007


C.H. Robinson
14701 Charlson Road
Eden Prairie, MN 55347


Canada Dry Bottling Co.
112-02 15th Avenue
College Point, NY 11356


Cangro Industries
295 Crooks Avenue
Clifton, NJ 07011


Carter Day International, Inc.
500 73rd Avenue NE #100
Minneapolis, MN 55432


Cellmark Recycling
891 East 135th Street
Bronx, NY 10454
```

Champion Plastics
220 Clifton Boulevard
Clifton, NJ 07011


Chemetall USA, Inc.
1100 Technology Drive
Jackson, MI 49201-2256


Chemetall USA, Inc.
22040 Network Place
Chicago, IL 60673-1220


Cintas Corporation
PO Box 625737
Cincinnati, OH 45262


Clear Advantage
PO Box 546
East Setauket, NY 11733


Coca Cola Recycling LLC
2500 Windy Ridge Parkway
Atlanta, GA 30339


Coca Cola Refreshments
PO Box 4108
Boston, MA 02211-4108


Command Transportation
7500 Frontage Road
Skokie, IL 60077


Coyote Logistics
2545 W Diversey Ave
Chicago, IL 60647


CRW Freight Management Services
3716 South Elyria Road
Shreve, OH 44676


D&D Electric Motors Inc.
127 E. Hoffman Avenue
Lindenhurst, NY 11757

Dedicated Logistics
1450 Reminton Boulevard
Bolingbrook, IL 60490


East End Express Transportation
PO Box 108
Mattituck, NY 11952


Echo Global Logistics
600 West Chicago Avenue
Suite 725
Chicago, IL 60654


Empire State Bldg & Hose Company
1430 Astoria Boulevard
Astoria, NY 11102


Environmental Products Corporation
99 Great Hill Road
Naugatuck, CT 06770


Environmental Resource Recycling
60 Clare Rose Boulevard
Patchogue, NY 11772


Examinetics, Inc.
PO Box 410047
Kansas City, MO 64141-0047


Fastenal Inc.
2001 Theurer Boulevard
Winona, MN 55987


Federal Express
PO Box 371461
Pittsburgh, PA 15250


First Insurance Funding Corp
450 Skokie Boulevard #100
Northbrook, IL 60062


Fisher Scientific
PO Box 3648
Boston, MA 02241-3648

```
Fitch Environmental Co
175 Suite #1
405 Strafford Ave.
Wayne, PA 19087


Gala Industries, Inc.
181 Pauley Street
Eagle Rock, VA 24085


Glacial Energy
369 Lexington Ave #205
New York, NY 10017


Hustler Conveyor Company
4101 Crusher St.
O Fallon, MO 63368


Illinois Department of Revenue
Bankrupcty Section
PO Box 64338
Chicago, IL 60644-0338


Industrial Controls
17 Christopher Way
Eatontown, NJ 07724


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Janed Enterprises, Inc.
48 B Allen Boulevard
Farmingdale, NY 11735


JNC Trasnportation Corp.
555 Broadhollow Road
Suite 403
Melville, NY 11747


John Henry's HVAC, Inc.
4 Hicks Street
Lindenhurst, NY 11757
```

KJ Plastics
415 N Broad Street
Lansdale, PA 19446


Land Sea and Air Consulting
910 Route 109
Lindenhurst, NY 11757


Leaf Financial Corporation
2005 Market-Frankford Line
Philadelphia, PA 19103


Long Island Lighting Company
PO Box 9039
Hicksville, NY 11802-9039


Material Motion Inc.
203 Rio Cir
Decatur, GA 30030


McMaster Carr Supply Co
PO Box 4355
Chicago, IL 60680-4355


Midwest Filtration Company
9775 International Boulevard
Cincinnati, OH 45246-4855


Midwest Filtration Company
PO Box 23128
Cincinnati, OH 45223-0128


Midwestern Industries Inc.
PO Box 810
Massillon, OH 44648-0810


Milo Silberstein, Esq
225 Broadway, Suite 1405
New York, NY 10007


National Grid
PO Box 11791
Newark, NJ 07101

Nestle Waters North America
PO Box 277015
Atlanta, GA 30384-7015


Next Day Inc
1510 5th Industrial Court
Bay Shore, NY 11706


Nonpareil Corporation
40 N 400 W
Blackfoot, ID 83221


Northeast Agri Systems Inc.
139 W Airport Rd
Lititz, PA 17543


NY State Dept of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


Omega Engineering
One Omega Drive
PO Box 4047
Stamford, CT 06907-0047


Packaging Solutions Inc.
149 W Egg Farm
PO Box 373
Johnsonville, SC 29555


Parallel Environmental Services
PO Box 44719
Madison, WI 53744-4719


Pepsi Cola Bottling Company
114-02 15th Avenue
College Point, NY 11356


Perfection Knife Grinding
53 Frederick Street
Belleville, NJ 07109

Perlson LLP
977 North Broadway
Massapequa, NY 11758


PET Processors LLC
1350 Bacon Road
Painesville, OH 44077


PLS Logistics
3120 Unionville Road
Bldg 110
Cranberry Twp, PA 16066


PPE Associates Inc.
3 Cass Street
Unit 7
Keyport, NJ 07735


Re:Fresh Recycling Group, LLC


Richards Company
PO Box 199
Elmwood Park, NJ 07407


Rock-Tenn Company
PO Box 4098
Norcross, GA 30091


Safeguard Business Systems
8585 Stemmons Freeway
Suite 600N
Dallas, TX 75247


Safety Kleen Systems, Inc.
PO Box 382066
Pittsburgh, PA 15250-8066


Satake USA
10905 Cash Road
Stafford, TX 77477


Schwing Electrical Supply Corp
PO Box 69
Farmingdale, NY 11735

```
Sims Steel Corporation
650 Muncy Avenue
Lindenhurst, NY 11757


Staples
100 Hadden Drive
Montgomery, NY 12549


Star Cooperative Corporation
3120 Shippers Road
Vestal, NY 13850


Sterling Sanitary Supply Co
32-32 57th Street
Woodside, NY 11377


Suffolk County Dept of Public Works
Attn: Martin Clausen
335 Yaphank Ave.
Yaphank, NY 11980-9744


Suffolk County Water Authority
PO Box 9224
Uniondale, NY 11555-9224


Sunteck Transport Group
6413 Congress Avenue
Suite 260
Boca Raton, FL 33487


Superior State Administrators
1101 11th Avenue
Menominee, MI 49858


Sustainable Decarbonization Service
267 Jefferson St
Camden, NJ 08104


SWECO Headquarters
8029 Dixie Highway
Florence, KY 41042


The Conti Group
2045 Lincoln Highway
Edison, NJ 08817
```

TOMRA North America
1 Corporate Drive
Shelton, CT 06484


Town of Babylon
Solid Waste Management
201 Phelps Lane, Room 19
North Babylon, NY 11703


Trans4 Logistics Division
5425 Dixie Road #101
Mississauga Ontario L4W1E6
Cananda


Transcorr National Logistics
2855 44th Street SW #300
Grandville, MI 49418


Tribology Inc.
35 Old Dock Road
Yaphank, NY 11980


True Value Company
8600 W Bryn Mawr Avenue
Chicago, IL 60631-3505


ULINE
2200 S. Lakeside
Waukegan, IL 60085


Ultrepet LLC
136 Fuller Road
Albany, NY 12205


Verizon
PO Box 15124
Albany, NY 12212-5124


Virginia Polymer Services
2702 Jefferson Davis Hwy
Richmond, VA 23234


W.T. Hickey Corporation
8 Dawson Street
Huntington Station, NY 11746-4099

```
WB Mason
90 Nicon Court
Hauppauge, NY 11788
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   Pure Tech Plastics LLC                                      Case No.
                                                       Debtor(s)                Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Pure Tech Plastics LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Re:Fresh Recycling Group, LLC

☐ None [*Check if applicable*]


| January 17, 2014 | /s/ Brian L. Shaw |
| --- | --- |
| Date | Brian L. Shaw 6216834 |
| | Signature of Attorney or Litigant |
| | Counsel for  Pure Tech Plastics LLC |
| | Shaw Fishman Glantz & Towbin LLC |
| | 321 N. Clark Street |
| | Suite 800 |
| | Chicago, IL 60654 |
| | 312-541-0151 Fax:312-980-3888 |