# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PURE TECH PLASTICS LLC, § Case No. 14-01392 DLT
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/17/2014 . The undersigned trustee was appointed on 01/17/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $       11,815.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 18.21 |
| Bank service fees | 566.77 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 11,230.02 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  06/05/2014  and the deadline for filing governmental claims was  07/16/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,931.50 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,931.50 , for a total compensation of $ 1,931.50 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/27/2017                                   By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-01392 DLT Judge: DEBORAH L. THORNE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | PURE TECH PLASTICS LLC, | Date Filed (f) or Converted (c): | 01/17/14 (f) |
| | | 341(a) Meeting Date: | 02/18/14 |
| For Period Ending: | 01/27/17 | Claims Bar Date: | 06/05/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCT  Fifth Third Bank Account no. 6426 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Account receivable  Aetna Health Care Insurance Premiuim Refund due | 11,815.00 | 11,815.00 | | 11,815.00 | FA |
| 3. Licenses, franchises, and other general intangible  License of FDA LNO to Perpetual Recycling Solutions LLC | 0.00 | 0.00 | | 0.00 | FA |
| 4. ASSERTED CLAIM AGAINST COCA COLA (u) | Unknown | 1.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $11,815.00     $11,816.00     $11,815.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted 1/11/2017

TFR in progress

no resolution reported; but D's counsel reports matter stayed and CC not pursuing; TFR to be commenced 4-16; need to

resolve CC secured claim, then TFR

D reports tax returns as part of affiliates

there was discovery being conducted between CC and D; waiting to see result

litigation being reviewed; CocaCola disputes any liability to D

small refund received, creditor alleges avoidance actions available against affiliates but no documentation provided.

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 14-01392 -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | PURE TECH PLASTICS LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8579 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1617 | | |
| For Period Ending: | 01/27/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/14 | 2 | AETNA INC<br>980 JOLLY RD<br>PO BOX 1167<br>BLUE BELL, PA 19422 | property of the state | 1129-000 | 11,815.00 | | 11,815.00 |
| * 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond # 016026455<br>bond # 016026455 | 2300-003 | | 12.96 | 11,802.04 |
| * 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond # 016026455<br>(error) | 2300-003 | | -12.96 | 11,815.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.76 | 11,804.24 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.55 | 11,786.69 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.96 | 11,769.73 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.50 | 11,752.23 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.91 | 11,735.32 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.45 | 11,717.87 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.42 | 11,700.45 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.84 | 11,683.61 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.37 | 11,666.24 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.79 | 11,649.45 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.32 | 11,632.13 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.29 | 11,614.84 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.60 | 11,599.24 |
| 03/20/15 | 010002 | ADAMS LEVINE<br>Attn: Maria Sponza<br>60 East 42nd Street Suite 965 | Bond Payments<br>BOND # 10BSBGR6291 | 2300-000 | | 11.16 | 11,588.08 |

Page Subtotals    11,815.00    226.92

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 14-01392 -DLT | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PURE TECH PLASTICS LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8579 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1617 | | | |
| For Period Ending: | 01/27/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10165-0965 | | | | | |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.24 | 11,570.84 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.65 | 11,554.19 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.18 | 11,537.01 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.60 | 11,520.41 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.13 | 11,503.28 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.10 | 11,486.18 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.53 | 11,469.65 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.05 | 11,452.60 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.48 | 11,436.12 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.00 | 11,419.12 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.98 | 11,402.14 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.86 | 11,386.28 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.93 | 11,369.35 |
| 04/12/16 | 010003 | ARTHUR B. LEVINE COMPANY | Bond Blanquet | 2300-000 | | 7.05 | 11,362.30 |
| | | 370 LEXINGTON AVE | Bond # 10BSBGR6291 | | | | |
| | | SUITE 1101 | | | | | |
| | | NEW YORK, NY 10017 | | | | | |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.35 | 11,345.95 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.87 | 11,329.08 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.30 | 11,312.78 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.82 | 11,295.96 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.79 | 11,279.17 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.23 | 11,262.94 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.74 | 11,246.20 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.18 | 11,230.02 |

Page Subtotals    0.00    358.06

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 14-01392 -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | PURE TECH PLASTICS LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8579 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1617 | | |
| For Period Ending: | 01/27/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,815.00 | 584.98 | 11,230.02 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,815.00 | 584.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,815.00 | 584.98 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - ********8579 | | 11,815.00 | 584.98 | 11,230.02 |
| | | | | | 11,815.00 | 584.98 | 11,230.02 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 27, 2017 |
|---|---|---|---|---|---|---|

Case Number: 14-01392  
Debtor Name: PURE TECH PLASTICS LLC,  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $1,931.50 | $1,931.50 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $2,807.44 | $2,807.44 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative<br>bond # 016026455<br>bond # 016026455 | | $0.00 | $0.00 | $0.00 |
| BOND 999<br>2300-00 | ADAMS LEVINE<br>Attn: Maria Sponza<br>60 East 42nd Street Suite 965<br>New York, NY 10165-0965 | Administrative<br>Bond Payments<br>BOND # 10BSBGR6291 | | $0.00 | $18.21 | $18.21 |
| | | 2223278579<br>2223278579 | 03/20/15   10002<br>04/12/16   10003 | | 11.16<br>7.05 | |
| 000004<br>058<br>5800-00 | New York State Department of Labor<br>State Office Campus Bldg #12 Room 256<br>Albany, NY 12240 | Priority<br>(4-1) Amount Uknown | | $0.00 | $0.00 | $0.00 |
| 000009A<br>086<br>5400-00 | Recycling and General Industrial Union Local 108 Welfare Fund et al<br>330 West 42nd Street 25th floor<br>New York, NY 10036 | Priority | | $0.00 | $90,060.45 | $90,060.45 |
| 000012<br>085<br>5800-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $2,779.44 | $2,779.44 |
| 000001<br>070<br>7100-00 | Richards Company<br>PO Box 199<br>Elmwood Park, NJ 07407 | Unsecured | | $0.00 | $5,655.64 | $5,655.64 |
| 000002<br>070<br>7100-00 | Midwest Filtration<br>9775 International Boulevard<br>Cincinnati, OH 45246-4855 | Unsecured | | $0.00 | $9,381.34 | $9,381.34 |
| 000003<br>070<br>7100-00 | Champion Plastics<br>220 Clifton Boulevard<br>Clifton, NJ 07011 | Unsecured | | $0.00 | $2,643.20 | $2,643.20 |
| 000005<br>070<br>7100-00 | Material Motions Inc<br>Ryan L Isenberg & Hewitt, PC<br>7000 Peachtree Dunwoody Rd<br>Building 15 Suite 100 | Unsecured | | $0.00 | $29,686.73 | $29,686.73 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 27, 2017 |

Case Number:   14-01392  
Debtor Name:   PURE TECH PLASTICS LLC,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Atlanta, GA 30328 | | | | | |
| 000006 070 7100-00 | Cangro Industries, Inc 495 Smith Street Farmingdale, NY 11735 | Unsecured | | $0.00 | $577.41 | $577.41 |
| 000007 070 7100-00 | Basix Restaurant Services LLC 641 Alpha Drive Pittsburgh, PA 15238 | Unsecured | | $0.00 | $24,191.03 | $24,191.03 |
| 000008A 070 7100-00 | The Coca Cola Company Pob 1734 Mail Stop NAT 2008: Atlanta, Georgia 30313 | Unsecured | | $0.00 | $3,739,131.56 | $0.00 |
| 000010 070 7100-00 | MI-L.L.C. d/b/a Sweco Snow Spence Green LLC attn:Phil F Snow 2929 Allen Parkway suite 2800 Houston, TX 77019 | Unsecured | (10-1) Modified 6/9/14 to correct creditors address MF | $0.00 | $1,714.50 | $1,714.50 |
| 000011 070 7100-00 | PPE Associates Inc 3 Cas St Unit 7 Keyport, NY 07735 | Unsecured | | $0.00 | $8,015.20 | $8,015.20 |
| 00009U 070 7100-00 | Recycling and General Industrial Union Local 108 Welfare Fund et al 330 West 42nd Street 25th floor New York, NY 10036 | Unsecured | | $0.00 | $11,758.67 | $11,758.67 |
| | Case Totals: | | | $0.00 | $3,930,352.32 | $191,220.76 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-01392 DLT  
Case Name: PURE TECH PLASTICS LLC,  
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $ 11,230.02

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,931.50 | $ 0.00 | $ 1,931.50 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 2,805.00 | $ 0.00 | $ 2,805.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 2.44 | $ 0.00 | $ 2.44 |
| Other: ADAMS LEVINE | $ 18.21 | $ 18.21 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 4,738.94  
Remaining Balance $ 6,491.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 92,839.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | New York State Department of Labor | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009A | Recycling and General Industrial | $ 90,060.45 | $ 0.00 | $ 3,711.64 |
| 000012 | Internal Revenue Service | $ 2,779.44 | $ 0.00 | $ 2,779.44 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 6,491.08 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,623.72 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Richards Company | $ 5,655.64 | $ 0.00 | $ 0.00 |
| 000002 | Midwest Filtration | $ 9,381.34 | $ 0.00 | $ 0.00 |
| 000003 | Champion Plastics | $ 2,643.20 | $ 0.00 | $ 0.00 |
| 000005 | Material Motions Inc | $ 29,686.73 | $ 0.00 | $ 0.00 |
| 000006 | Cangro Industries, Inc | $ 577.41 | $ 0.00 | $ 0.00 |
| 000007 | Basix Restaurant Services LLC | $ 24,191.03 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | The Coca Cola Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | MI-L.L.C. d/b/a Sweco | $ 1,714.50 | $ 0.00 | $ 0.00 |
| 000011 | PPE Associates Inc | $ 8,015.20 | $ 0.00 | $ 0.00 |
| 00009U | Recycling and General Industrial | $ 11,758.67 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____0.00

Remaining Balance                                             $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE