IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 14-01392 |
| PURE TECH PLASTIC LLC, ) | |
| ) | Hon. Deborah L. Thorne |
| ) | Chapter 7 |
| Debtor(s) ) | |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that (s) he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney, and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and to all parties that filed proofs of claim in this case as listed on the attached certificate of service by depositing same in the United States Mail, postage prepaid, on February 8, 2017.

                                                                           /s/ Andrew J. Maxwell

                                             Andrew J. Maxwell (ARDC #1799150)
                                             **Maxwell Law Group, LLC**
                                             20 N. Clark Street, Suite 200
                                             Chicago, IL 60602
                                             312/368-1138

## SERVICE LIST
### 14-01392 Pure Tech Plastics LLC

Richards Company
PO Box 199
Elmwood Park, NJ 07407

Midwest Filtration
9775 International Boulevard
Cincinnati, OH 45246-4855

Champion Plastics
220 Clifton Boulevard
Clifton, NJ 07011

New York State Department of Labor
State Office Campus Bldg #12 Room 256
Albany, NY 12240

Material Motions Inc
Ryan L Isenberg & Hewitt, PC
7000 Peachtree Dunwoody Rd
Building 15 Suite 100
Atlanta, GA 30328

Cangro Industries, Inc
495 Smith Street
Farmingdale, NY 11735

Basix Restaurant Services LLC
641 Alpha Drive
Pittsburgh, PA 15238

The Coca Cola Company
Pob 1734
Mail Stop NAT 2008:
Atlanta, Georgia 30313

Recycling and General Industrial
Union Local 108 Welfare Fund et al
330 West 42nd Street 25th floor
New York, NY 10036

PPE Associates Inc
3 Cas St Unit 7
Keyport, NY 07735

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346