# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PURE TECH PLASTICS LLC, | § | Case No. 14-01392 DLT |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 6,491.08 | Claims Discharged Without Payment:  179,972.53 |
| Total Expenses of Administration: 5,323.92 | |

3) Total gross receipts of $ 11,815.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 11,815.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,323.92 | 5,323.92 | 5,323.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 92,839.89 | 92,839.89 | 6,491.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 3,832,755.28 | 93,623.72 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 3,930,919.09 | $ 191,787.53 | $ 11,815.00 |

  4)  This case was originally filed under chapter 7 on  01/17/2014 .  The case was pending for 39 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  04/07/2017            By:/s/ANDREW J. MAXWELL, TRUSTEE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account receivable | 1129-000 | 11,815.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,815.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 1,931.50 | 1,931.50 | 1,931.50 |
| ADAMS LEVINE | 2300-000 | NA | 18.21 | 18.21 | 18.21 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 0.00 | 0.00 | 0.00 |
| ASSOCIATED BANK | 2600-000 | NA | 566.77 | 566.77 | 566.77 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 2,805.00 | 2,805.00 | 2,805.00 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 2.44 | 2.44 | 2.44 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,323.92 | $ 5,323.92 | $ 5,323.92 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009A | RECYCLING AND GENERAL INDUSTRIAL | 5400-000 | NA | 90,060.45 | 90,060.45 | 3,711.64 |
| 000012 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 2,779.44 | 2,779.44 | 2,779.44 |
| 000004 | NEW YORK STATE DEPARTMENT OF LABOR | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 92,839.89 | $ 92,839.89 | $ 6,491.08 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | BASIX RESTAURANT SERVICES LLC | 7100-000 | NA | 24,191.03 | 24,191.03 | 0.00 |
| 000006 | CANGRO INDUSTRIES, INC | 7100-000 | NA | 577.41 | 577.41 | 0.00 |
| 000003 | CHAMPION PLASTICS | 7100-000 | NA | 2,643.20 | 2,643.20 | 0.00 |
| 000005 | MATERIAL MOTIONS INC | 7100-000 | NA | 29,686.73 | 29,686.73 | 0.00 |
| 000010 | MI-L.L.C. D/B/A SWECO | 7100-000 | NA | 1,714.50 | 1,714.50 | 0.00 |
| 000002 | MIDWEST FILTRATION | 7100-000 | NA | 9,381.34 | 9,381.34 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | PPE ASSOCIATES INC | 7100-000 | NA | 8,015.20 | 8,015.20 | 0.00 |
| 00009U | RECYCLING AND GENERAL INDUSTRIAL | 7100-000 | NA | 11,758.67 | 11,758.67 | 0.00 |
| 000001 | RICHARDS COMPANY | 7100-000 | NA | 5,655.64 | 5,655.64 | 0.00 |
| 000008A | THE COCA COLA COMPANY | 7100-000 | NA | 3,739,131.56 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 3,832,755.28 | $ 93,623.72 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-01392 DLT Judge: DEBORAH L. THORNE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | PURE TECH PLASTICS LLC, | Date Filed (f) or Converted (c): | 01/17/14 (f) |
| | | 341(a) Meeting Date: | 02/18/14 |
| For Period Ending: | 04/07/17 | Claims Bar Date: | 06/05/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCT<br>Fifth Third Bank Account no. 6426 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Account receivable<br>Aetna Health Care Insurance Premiuim Refund due | 11,815.00 | 11,815.00 | | 11,815.00 | FA |
| 3. Licenses, franchises, and other general intangible<br>License of FDA LNO to Perpetual Recycling Solutions LLC | 0.00 | 0.00 | | 0.00 | FA |
| 4. ASSERTED CLAIM AGAINST COCA COLA (u) | Unknown | 1.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $11,815.00     $11,816.00     $11,815.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED 2.3.17 HEARING ON 3.2.17

TFR submitted 1/11/2017

TFR in progress

no resolution reported; but D's counsel reports matter stayed and CC not pursuing; TFR to be commenced 4-16; need to resolve CC secured claim, then TFR

D reports tax returns as part of affiliates

there was discovery being conducted between CC and D; waiting to see result

litigation being reviewed; CocaCola disputes any liability to D

small refund received, creditor alleges avoidance actions available against affiliates but no documentation provided.

Initial Projected Date of Final Report (TFR): 04/30/17     Current Projected Date of Final Report (TFR): 04/30/17

LFORM1     Ver: 19.07a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-01392 -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | PURE TECH PLASTICS LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8579 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1617 | | |
| For Period Ending: | 04/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/14 | 2 | AETNA INC<br>980 JOLLY RD<br>PO BOX 1167<br>BLUE BELL, PA 19422 | property of the state | 1129-000 | 11,815.00 | | 11,815.00 |
| * 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond # 016026455<br>bond # 016026455 | 2300-003 | | 12.96 | 11,802.04 |
| * 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond # 016026455<br>(error) | 2300-003 | | -12.96 | 11,815.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.76 | 11,804.24 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.55 | 11,786.69 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.96 | 11,769.73 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.50 | 11,752.23 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.91 | 11,735.32 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.45 | 11,717.87 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.42 | 11,700.45 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.84 | 11,683.61 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.37 | 11,666.24 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.79 | 11,649.45 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.32 | 11,632.13 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.29 | 11,614.84 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.60 | 11,599.24 |
| 03/20/15 | 010002 | ADAMS LEVINE<br>Attn: Maria Sponza<br>60 East 42nd Street Suite 965 | Bond Payments<br>BOND # 10BSBGR6291 | 2300-000 | | 11.16 | 11,588.08 |

Page Subtotals 11,815.00 226.92

Ver: 19.07a

Case 14-01392   Doc 50   Filed 04/20/17   Entered 04/20/17 09:35:00   Desc Main
Document     Page 9 of 11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-01392 -DLT | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PURE TECH PLASTICS LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8579 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1617 | | | |
| For Period Ending: | 04/07/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | New York, NY 10165-0965 | | | | | |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.24 | 11,570.84 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.65 | 11,554.19 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.18 | 11,537.01 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.60 | 11,520.41 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.13 | 11,503.28 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.10 | 11,486.18 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.53 | 11,469.65 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.05 | 11,452.60 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.48 | 11,436.12 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.00 | 11,419.12 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.98 | 11,402.14 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.86 | 11,386.28 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.93 | 11,369.35 |
| 04/12/16 | 010003 | ARTHUR B. LEVINE COMPANY<br>370 LEXINGTON AVE<br>SUITE 1101<br>NEW YORK, NY 10017 | Bond Blanquet<br>Bond # 10BSBGR6291 | 2300-000 | | 7.05 | 11,362.30 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.35 | 11,345.95 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.87 | 11,329.08 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.30 | 11,312.78 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.82 | 11,295.96 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.79 | 11,279.17 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.23 | 11,262.94 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.74 | 11,246.20 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.18 | 11,230.02 |
| 03/03/17 | 010004 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200 | Trustee fee and exp<br>o/c 3/2/2017 | 2100-000 | | 1,931.50 | 9,298.52 |

Page Subtotals     0.00     2,289.56

Ver: 19.07a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 14-01392 -DLT | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PURE TECH PLASTICS LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8579 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1617 | | | |
| For Period Ending: | 04/07/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/03/17 | 010005 | CHICAGO, IL 60602<br>MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br><br>Fees        2,805.00<br>Expenses        2.44 | Attorneys fee and exp<br>o/c 3/2/2017<br><br><br><br><br>3110-000<br>3120-000 | | | 2,807.44 | 6,491.08 |
| 03/03/17 | 010006 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim # 12, Final Payment<br>o/c 3/2/2017 | 5800-000 | | 2,779.44 | 3,711.64 |
| 03/03/17 | 010007 | Recycling and General Industrial<br>Union Local 108 Welfare Fund et al<br>330 West 42nd Street 25th floor<br>New York, NY 10036 | Claim # 9A, FinalPayment<br>o/c 3/2/2017 | 5400-000 | | 3,711.64 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 11,815.00 | 11,815.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,815.00 | 11,815.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,815.00 | 11,815.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8579 | 11,815.00 | 11,815.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 11,815.00 | 11,815.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        9,298.52

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-01392 -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | PURE TECH PLASTICS LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8579 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1617 | | |
| For Period Ending: | 04/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals       0.00       0.00

Ver: 19.07a